JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, etc. ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> ) <br> PHONESAVANH SOUVANANNASANE, et al. ) <br> ) <br> Defendants. ) <br> _____) | Case No. SACV 12-00845-DOC(RNBx) <br><br> ORDER DISMISSING <br> CIVIL ACTION |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution which was returnable by June 18, 2012, and the Court having received no response to the Order to Show Cause,

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice for lack of prosecution.

DATED: June 28, 2012

_____
DAVID O. CARTER
United States District Judge